UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:19-cv-00083-GNS-LLK

| | |
|---|---|
| WESTFIELD NATIONAL INSURANCE COMPANY | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| QUEST PHARMACEUTICALS, INC. | ) ) |
| Defendant/Third-Party Plaintiff | ) ) |
| v. | ) ) |
| ASSUREDPARTNERS NL, LLC | ) ) |
| Third-Party Defendant. | ) |

**AGREED ORDER OF DISMISSAL OF THIRD PARTY COMPLAINT**

\* \* \* \* \*

Upon agreement of third-party plaintiff, Quest Pharmaceuticals, Inc., and third-party defendant, AssuredPartners NL, LLC, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Third-Party Complaint in this action is DISMISSED with prejudice, with each party to bear its own costs.

Greg N. Stivers, Chief Judge
United States District Court

May 17, 2023

Have seen and agreed to:

| | |
|---|---|
| Brian F. Haara | James R. Coltharp, Jr. |
| /s/Brian F. Haara | /s/ James R. Coltharp, Jr (*w/ permission*) |
| FULTZ MADDOX DICKENS PLC | WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC |
| 101 S. Fifth Street, Suite 2700 | 300 Broadway |
| PNC Tower | P.O. Box 995 |
| Louisville, KY 40202 | Paducah, KY 42002 |
| Telephone: (502) 588-2029 | jcoltharp@whitlow-law.com |
| Facsimile:  (502) 588-2020 | *Counsel for Quest Pharmaceuticals, Inc.* |
| bhaara@fmdlegal.com | |
| *Counsel for AssuredPartners NL, LLC* | |